FILED

MAR 13 2020

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JACQUELINE M. MILLER, | CV 20–09–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CSAA GENERAL INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Jacqueline Miller having moved unopposed for leave for counsel to appear telephonically at the March 20, 2020 preliminary pretrial conference,

IT IS ORDERED that the plaintiff's motion (Doc. 9) is DENIED subject to renewal. The Court is closely monitoring the situation and necessary precautions will be taken.

DATED this 13th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court